# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANDREA BALLINGER, MATTHEW
HELM, AND SUSAN FLANAGIN

NO. 2021 CW 0483

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, F. KING
ALEXANDER, PRESIDENT OF
LOUISIANA STATE UNIVERSITY,
AND DANIEL LAYZELL,
EXECUTIVE VICE PRESIDENT FOR
FINANCE AND ADMINISTRATION
OF LOUISIANA STATE
UNIVERSITY

**JULY 6, 2021**

---

In Re:   Board of Supervisors of Louisiana State University and
         Agricultural and Mechanical College, F. King
         Alexander, and Daniel Layzell, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 682549.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                              **WRC**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT